THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Winona Heating & Ventilating Company, Inc.,

Plaintiff,

Civil File No. 01-1648 PAM/JGL

vs.

GEAC Commercial Systems, Inc. and GEAC Computers, Inc.,

Defendants.

**ORDER**

The above entitled matter came on for consideration before the undersigned United States District Court Judge upon stipulation of counsel regarding damages and remand of this lawsuit to Winona County District Court, State of Minnesota.

The Court, having considered the stipulation submitted herewith, being fully advised on the premises, and upon the files, records and proceedings herein,

IT IS ORDERED:

1. That Plaintiff's total potential damages are limited to a maximum of $75,000.00, exclusive of costs and interest, and that Plaintiff shall be barred from presenting evidence or attempting to prove damages in excess of that amount at any time in this litigation, including trial.

2. The above-captioned action is hereby remanded to Winona County District Court, State of Minnesota, for all further proceedings herein.

3. The Clerk of this Court is hereby ordered to mail a certified copy of this Order to the Winona County Court Administrator.

BY THE COURT

[signature]

United States District Court Judge

Dated: October 22, 2001

741963-1

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Winona Heating & Ventilating Company, Inc.,

Plaintiff,

Civil File No. 01-1648 PAM/JGL

vs.

GEAC Commercial Systems, Inc. and GEAC Computers, Inc.,

Defendants.

**STIPULATION REGARDING DAMAGES AND REMAND**

The parties to the above-captioned lawsuit, through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff Winona Heating & Ventilating Company, Inc. ("Winona") hereby stipulates and affirmatively states, with the intent that it have binding effect throughout this litigation and serve as a judicial admission, that its total potential damages in this case do not exceed $75,000.00, exclusive of costs and interest. Winona further stipulates and agrees that it shall not attempt to offer evidence or prove damages in excess of this amount at any time during this litigation, including trial.

2. In reliance upon Winona's representations in the foregoing paragraph, the parties hereby stipulate and agree that the entire action may be remanded by this Court to Winona County District Court, State of Minnesota, for all further proceedings.

3. The parties request that the Court sign the Order filed herewith remanding this case to State Court for all further proceedings.

WOHLETZ LAW OFFICE

By [signature]
Gregory A. Wohletz (241775)
Attorneys for Plaintiff
111 Riverfront Building, Suite 403
Winona, MN 55987
(507) 454-7243
Dated: October 9, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Dan J. Gendreau (264088)
Attorneys for Defendants
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8936
Dated: 10-17, 2001